IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | No. 12-cr-579-01 |
| CELESTINE LEAVINGSTON | : | |

## O R D E R

**AND NOW**, this 18th day of November, 2015, upon consideration of the defendant's *pro se* motion for modification of sentence pursuant to 18 U.S.C. § 3582(c)(2) and 782 Amendment to the Sentencing Guidelines (Doc. No. 34) and the Government's response thereto, **IT IS HEREBY ORDERED** that this motion is **DENIED** for the reasons set forth in the Government's response.[1]

BY THE COURT:

/s/Lawrence F. Stengel
LAWRENCE F. STENGEL, J.

---

[1] The defendant is not eligible for a sentence reduction because Amendment 782 does not lower her guideline range.